UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARMANDO ARCE,

    Plaintiff,

v.                        Case No. 3:21cv833-MCR-HTC

MIGUEL CARDONA,

    Defendant.
_____/

# O R D E R

The magistrate judge issued a Report and Recommendation on March 21, 2022 (ECF No. 23), recommending the Defendant's motion to dismiss be granted and this case be dismissed with prejudice. Plaintiff was furnished with a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this Order.

2.     The Defendant's Motion to Dismiss (ECF No. 19) is GRANTED, and

this case is DISMISSED WITH PREJUDICE.

3. The clerk is directed to close this case file.

**DONE AND ORDERED** this 19th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv833-MCR-HTC